**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MICHAEL RAYMOND KARRAS, | § | |
| | § | |
| Movant, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:24-CV-439 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Movant, Michael Raymond Karras, an inmate currently confined at FCI Victorville Medium I and proceeding *pro se*, filed this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On July 1, 2026, the magistrate judge recommended denying Movant's Motions for Summary Judgment and Motion to Compel as improvidently filed (#19). No Objections to the Report and Recommendation have been filed to date.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#10) is **ADOPTED**.

SIGNED at Beaumont, Texas, this 20th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE